

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-20-00345-CV

_____

ADRIANO KRUEL BUDRI, Appellant

V.

DANIEL MATTHEW HUMPHREYS, Appellee

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2017-007958-1

Before Sudderth, C.J.; Gabriel and Kerr, JJ.
Memorandum Opinion by Chief Justice Sudderth

## MEMORANDUM OPINION

On November 2, 2020, pro se appellant Adriano Kruel Budri filed a notice of appeal from the trial court's January 19, 2018 order. Because a timely-filed notice of appeal is required to invoke the appellate court's jurisdiction, *see Cummings v. Billman*, No. 02-20-00034-CV, 2020 WL 938172, at *2 (Tex. App.—Fort Worth Feb. 27, 2020, no pet.) (mem. op.), we notified Budri of our concern that we lacked jurisdiction over the appeal and gave him 10 days to file a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 44.3 (providing that a court of appeals must not dismiss an appeal for formal defects or irregularities in appellate procedure without allowing a reasonable time to correct or amend the defects or irregularities); *see also* Tex. R. App. P. 26.1 (setting out deadlines to file notice of appeal). Specifically, we informed Budri that because the order from which he was attempting to appeal was signed on January 19, 2018, his notice of appeal had been due February 18, 2018. *See* Tex. R. App. P. 26.1.

Budri filed a response, but it did not show grounds for continuing the appeal.[1] Accordingly, we dismiss the appeal for want of jurisdiction and deny all of Budri's pending motions as moot.

---

[1]To the contrary, the record reflects that this court has already heard a timely appeal from the complained-of order and has affirmed it. *See Budri v. Humphreys*, No. 02-18-00070-CV, 2018 WL 3763920, at *1 (Tex. App.—Fort Worth Aug. 9, 2018, pet. denied) (mem. op.).

/s/ Bonnie Sudderth
Bonnie Sudderth
Chief Justice

Delivered:  December 17, 2020